IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA BEY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM JOHN DOE | : | |
| 1-13 ET AL., | : | NO. 18-948 |
|     Defendant. | : | |

# ORDER

AND NOW, this 8th day of March, 2018, upon consideration of Bey's motion to proceed *in forma pauperis* and her *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED without prejudice, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. To the extent that Bey seeks to challenge the disposition of her state case, such claims are DISMISSED for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Bey is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim that lies within this Court's jurisdiction. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Bey's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

3. The Clerk of Court shall furnish Bey with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

4. If Bey fails to file an amended complaint, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**