# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA BEY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE FARM JOHN DOE | : | |
| 1-13 ET AL., | : | NO. 18-948 |
|     Defendant. | : | |

## **ORDER**

AND NOW, this 10th day of April, 2018, upon consideration of Bey's Amended Complaint (ECF No. 5), it is ORDERED that:

1. The Clerk of Court is DIRECTED to amend the caption in this matter to reflect that the following individuals and entities are the named Defendants: (1) State Farm Insurance; (2) Ed B. Rust; (3) Sue Murray; (4) Gary Winkler; (5) Frank Dochnal; (6) Michele Dechristo; (7) Maureen Staska; (8) Vilisha Barnes; (9) Jodi Verdi; (10) Katherine Cole Douglas; (11) Louise E. Bricklin; (12) Commonwealth of Pennsylvania Department of Insurance; (13) Michael Consedine; (14) Pamelarn Austin; (15) James John; (16) Carolyn M. Morris; (17) Yen T. Lucas; (18) Cara Bushman Greenhall; (19) Claudia M. Tesoro; (20) Idee Fox; (21) Ellen Ceisler; (22) Joseph Evers; (23) Ronald D. Castille; (24) Susan Peikes Gantnam; (25) Donna M. Snyder; (26) Anthony P. Sodroski; (27) Robert Graci; and (28) Cameron L. Kline.

2. The Amended Complaint is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Bey's claims challenging the disposition of her state case are DISMISSED for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. Her claims pursuant to 42 U.S.C. § 1983 are DISMISSED with prejudice. Bey may not amend her complaint again.

3. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**